376 P.2d 54

Leo Albert CALHOUN, Petitioner,

v.

Harold A. COX, Warden of the New Mexico
State Penitentiary, and State of
New Mexico, Respondents.

No. 8 HC.

Supreme Court of New Mexico.

Nov. 19, 1962.

COMPTON, Chief Justice, and CAR-MODY, MOISE and NOBLE, Justices, concurring; CHAVEZ, Justice, not participating.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of mandamus be and the same is hereby denied.